IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| CATAR CLINIC OF HOT SPRINGS, LLC & STOCKTON MEDICAL GROUP, LTD. | PLAINTIFFS |
| Vs.   CASE NO.:4:17-CV-520-DPM | |
| THOMAS F. ROBINSON, M.D., TIFFANY TERRY, ARKANSAS RECOVERY CLINIC, ARC REHABILITATION CENTER, P.A., CSCB REHABILITATION MANAGEMENT GROUP, LLC, ADDICTION RECOVERY CARE OF LITTLE ROCK, ARC CLINIC, & JANE DOE #1 | DEFENDANTS |

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluated possible disqualification or recusal, the undersigned counsel for Plaintiffs CATAR Clinic of Hot Springs, LLC and Stockton Medical Group, Ltd. certifies that there is no parent company of either Plaintiff CATAR Clinic of Hot Springs, LLC or Plaintiff Stockton Medical Group, Ltd. No publically-held corporation owns 10% or more of the stock of either Plaintiff.

Dated: August 16, 2017

1

RESPECTFULLY SUBMITTED,

BY: _____
James D. Rankin III  (Ark. Bar No. 93197)
jim@ppgmrlaw.com
Julie D. Greathouse (Ark. Bar No. 99159)
julie@ppgmrlaw.com
Micah L. Goodwin (Ark. Bar No. 2015213)
micah@ppgmrlaw.com
PPGMR Law, PLLC
PO BOX 251618
Little Rock, AR 72225
501-903-6000
501-603-0556 (fax)

*Attorneys for Plaintiffs*