IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; and STOCKTON MEDICAL
GROUP, LTD.                                                          PLAINTIFFS

v.                         No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JANE DOE #1                                                      DEFENDANTS

## ORDER

1. For good cause shown, the Court grants the defendants' motions to postpone the injunction hearing, № 16 & 17. In today's telephone conference, the parties agreed to a standstill until next week's hearing; and the Court appreciates and approves the parties' agreement. Between now and the hearing: (1) defendants* will not solicit or reach out to plaintiffs' patients; (2) defendants will keep safe and not destroy any HIPAA-protected patient information they possess that might have belonged to plaintiffs; and (3)

---

*Dr. Robinson, and all the entities, plus their agents and employees.

defendants will not use any of that information, other than in the treatment of defendants' existing patients. In deciding the pending injunction motion, the Court will weigh any violations of this agreement.

2. The Court reschedules the preliminary injunction hearing for 1:00 p.m., Thursday, 31 August 2017 in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse.

3. Defendants may supplement their response to the motion for injunction by 5:00 p.m., 28 August 2017; and plaintiffs may reply by noon on 30 August 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2017