# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC, and STOCKTON MEDICAL
GROUP, LTD.                                                              PLAINTIFFS

v.                          No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JANE DOE #1                                                         DEFENDANTS

## ORDER

Joint motion, № 28, granted as modified. The courtroom will be closed, and the transcript sealed, when any current or former patient testifies. Counsel should prepare two versions of any exhibit containing protected information about a patient: one version that has been redacted to remove any protected information (including patient-identifying information), which will be public; and one version without any redactions, which will be sealed. If redaction is impracticable, though, then only the complete version, which will be sealed, is needed.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 August 2017