# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC, and STOCKTON MEDICAL
GROUP, LTD.                                                      PLAINTIFFS

v.                       No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JANE DOE #1                                                  DEFENDANTS

## ORDER

The Court heard argument, and took evidence, on possible injunctive relief at a hearing held on 31 August 2017 and 1 September 2017. For the reasons stated on the record at the end of the hearing, the Court made three rulings:

- Subject matter jurisdiction exists;

- The motion for preliminary injunction, № 4, is denied; and

- All defendants must preserve every record they have that relates to this dispute. This preservation obligation covers

all paper and all electronic records. It covers all related records of all the named entities and all related personal records possessed by Robinson, Terry, and the named entities' owners and operators. During this case, Defendants must keep up with their patient referrals, which they can do by creating a stand-alone file, separate from any patient file, for referrals. This compilation will be a confidential and protected record.

The Court confirms that the agreed standstill order, № 24, has expired.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2017