IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC, and STOCKTON MEDICAL
GROUP, LTD.                                                              PLAINTIFFS

v.                         No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JANE DOE #1                                                          DEFENDANTS

## ORDER

1. The expedited response is appreciated. Terry's motion for clarification or modification, № 40, is denied.

2. The conflict issue is beyond the current papers. The Court directs counsel to confer in person about that issue. Any motion to disqualify due by 6 October 2017.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2017