IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC, and STOCKTON MEDICAL
GROUP, LTD.                                                    PLAINTIFFS/
                                                      COUNTER-DEFENDANTS

v.                       No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JANE DOE #1                                            DEFENDANTS

THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY           COUNTER-PLAINTIFFS

ORDER

The Court appreciates the expedited response. The Court will hold a hearing on all the issues raised in the recent papers, № 49, 50, 51, 52, 61, 62, 64, & 65. These issues include the actions of both Steppig and Casillas in making their reports to the two state boards. These actions are well documented in the record. But each side will have one hour to

present additional evidence and argument. The Court will arrange a mutually convenient date with counsel.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2017