IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC, and STOCKTON MEDICAL
GROUP, LTD.                                                        PLAINTIFFS/
                                                        COUNTER-DEFENDANTS


v.                          No. 4:17-cv-520-DPM


THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JANE DOE #1                                              DEFENDANTS


THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY        COUNTER-PLAINTIFFS


ORDER

1.     Joint report, № 78, appreciated. The Court looks forward to
the planned supplemental report by 24 November 2017. If these issues
are not resolved by agreement by that date, we'll need another hearing.
The Court will hold that hearing at 1:30 p.m. on 11 December 2017 in
Courtroom B155 of the Richard S. Arnold United States Courthouse,
600 W. Capitol Avenue, Little Rock, Arkansas.

**2.**     Chase Steppig must appear at the hearing and show cause why the Court should not hold him in contempt for violating the Court's sealing order, № 30, and oral orders about confidentiality during the August 31st and September 1st hearing, by revealing patient information to two state boards.

**3.**     Michael Casillas must also appear at the hearing. He, and Catar and Stockton, must show cause why Catar and Stockton should not be estopped from seeking relief on the Steppig issues — based on Casillas revealing patient information to a state board, while Catar and Stockton were launching this case and seeking the sealing order.

**4.**     The following docket entries contain the relevant materials for the December 11th hearing:  № 30, 49, 50, 51, 52, 61, 62, 64, & 65. Steppig and Casillas are closely associated with plaintiffs and defendants. These entities have lawyers, who have ready access to the Court's docket. To the extent Steppig and Casillas are not already familiar with all these filings, they should get copies of them from the entities' lawyers before the hearing.

**5.**     Steppig and Casillas are entitled to be represented by their own lawyers. Counsel, though, must appear as soon as possible and no later than 4 December 2017. This lingering dispute needs resolution; and the Court will not recess the hearing on these issues again.

**6.**     The Court directs the U.S. Marshal to serve this Order on Steppig and Casillas personally, not by mail, as soon as practicable and

no later than 1 December 2017. The Court orders this extraordinary step to make sure that Steppig and Casillas have plenty of notice about the hearing and their obligation to attend. Mail is too uncertain. And while they both got informal notice of the November hearing, neither chose to come. Steppig and Casillas must attend the December 11th hearing. The Court will provide contact information for each directly to the Marshal. The Marshal must file proof of service.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 November 2017