**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 08 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

███████████████████████████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

**CATAR CLINIC OF HOT**                          **PLAINTIFFS**
**SPRINGS, LLC & STOCKTON**
**MEDICAL GROUP, LTD.**

**v.**                   **CASE NO.: 4:17-CV-520-DPM**

**THOMAS F. ROBINSON, M.D., TIFFANY**          **DEFENDANTS**
**TERRY, ARKANSAS RECOVERY CLINIC,**
**ARC REHABILITATION CENTER, P.A.,**
**CSCB REHABILITATION MANAGEMENT**
**GROUP, LLC, ADDICTION RECOVERY**
**CARE OF LITTLE ROCK, ARC CLINIC,**
**& JANE DOE #1**

### SUPPLEMENTAL AFFIDAVIT OF CHASE STEPPIG TO HIS BRIEF IN OPPOSITION OF PLAINTIFFS EMERGENCY MOTION FOR CONTEMPT

1. My name is Chase Steppig, I am above the age of 18 years old and of sound mind and make the following statements:

2. On September 17, 2017, I had a comprehensive report ran on ███████████ which, reveals that ████████ is a ███████████ in the ████████████ After reviewing the statement made by ████████ that was attached to the complaint filed by Michael Casillas.  In his statement he states that he received a telephone call and a voicemail on July 31, 2017, from telephone number 501-400-

1

7504 and then ▮▮▮▮▮ called 501-400-7504 and did not leave a message on

August 11, 2017, he then received a return call from 501-400-7504.  I reviewed the

telephone records for 501-400-7504 and found only one instance where a

telephone number was called and is consistent with ▮▮▮▮▮ statement.  The

telephone number that was consistent with ▮▮▮▮▮ statement is ▮▮▮▮▮

I used this information as well is his name that I obtained from his statement that is

a matter of public record as an identifier when I had the comprehensive report ran

on ▮▮▮▮▮

3.  On September 18, 2017, I performed a google search on ▮▮▮▮▮

▮▮▮▮▮ from the comprehensive report on ▮▮▮▮▮  The fourth

URL contained ▮▮▮▮▮ is publication

by the ▮▮▮▮▮ showing that ▮▮▮▮▮ had his

▮▮▮▮▮  Shortly thereafter, I performed a license search through

▮▮▮▮▮ and obtained his license information and disciplinary documents.

4.  I used the information from my research of the phone records,

comprehensive report, google search, ▮▮▮▮▮ the statement made by ▮▮▮▮▮

contained in Mr. Casillas's complaint to the ▮▮▮▮▮ and the

information from the ▮▮▮▮ regarding ▮▮▮▮▮ disciplinary action to file my

complaint to the ▮▮▮ on September 28, 2017.

2

5.   Upon information and belief, I am aware of the voicemail that Ms. Terry left ███████ and several telephone calls that that transpired on July 31, 2017 and August 11, 2017.  I am not aware of any other calls made by Ms. Terry or my employees to ████████ that would require any additional testimony from him that has not already been disclosed on the August 31, 2017 hearing.

6.  Upon information and belief, Stockton Medical Group and CATAR are opioid treatment facilities which only prescribe buprenorphine products and methadone.

7.  I have not made any other complaints regarding ████████ to any other state agencies or nor submitted anything additional to the ██████ and have no intention of doing so as of the date of this affidavit.

8. The statements in this affidavit are true and correct to the best of my knowledge.

Chase Steppig

Subscribed and sworn to before me, the undersigned Notary Public, this 7th day of December 2017.

Claudia Bearden

My Commission Expires: July 11, 2021

3

CLAUDIA BEARDEN
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires July 11, 2021
Commission No. 12364506

## CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2017, I hereby certify that a true and correct copy of the above foregoing document was delivered via email to:

Richard Worsham                          Mr. James Rankin
Worsham Law Firm, P.A.                   PPGMR Law, P.A.
320 Executive Court, Suite 306           PO Box 251618
Little Rock, AR 72205                     Little Rock, AR 72225-1618

Chase Steppig

Call Log - A.R.C. Clinic Little Rock - (501) 400-7504

(/overview.html)        ● A.R.C. ˅ | (501) 400-7504 Ext. 101    Admin Portal ˅    Get I

Phone System (/company/index.html)     Users (/users/index.html)     Reports (/reports.html)     Call Log (/settings/calls.html?admin)     Billing (/settings/billing.html)

Call Log - A.R.C. Clinic Little Rock - (501) 400-7504

(/overview.html)

● A.R.C. ∨ | (501) 400-7504 Ext. 101

Admin Portal ∨     Get |

Phone System (/company/index.html)     Users (/users/index.html)     Reports (/reports.html)     Call Log (/settings/calls.html?admin)     Billing (/settings/billing.html)

