**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 05 2018

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　　　　DEP CLERK

███████████████████████████

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC & STOCKTON MEDICAL                     PLAINTIFFS
GROUP, LTD.

VS.                    CASE NO.: 4:17-CV-520-DPM

THOMAS F. ROBINSON, M.D., TIFFANY
TERRY, ARKANSAS RECOVERY CLINIC,
ARC REHABILITATION CENTER, P.A.,           DEFENDANTS
CSCB REHABILITATION MANAGEMENT
GROUP, LLC, ADDICTION RECOVERY CARE
OF LITTLE ROCK, ARC CLINIC,
& JANE DOE #1

## ██ REDACTED RESPONSE TO STEPPIG'S MOTION TO FILE EXPUNGEMENT ORDER UNDER SEAL

COMES NOW, Chase Steppig for his Response to Steppig's Motion to File

Expungement Order Under Seal, states the following:

　　　1. In the Court's contempt hearing, ████████████████████████

████████████████████████████████████████████

████████████████████ with him to the hearing.  This is simply not true, the

expungement order was signed on █████████████████████████

3. Fed. Rule 403.

(A) evidence must be admitted, subject to Rule 403, in a civil or in a criminal case which the witness is not a defendant; and

████████████████████████████████

███████████████████████████████

██████████████████████████

████████████████████████████████

███████████████████████████

██████████████████████████████████

███████████████████████████████████

████████████████████████████████

██████████████████████████████████

█████████████████

4.  Federal Rule 608 & 609.

Federal Rule 608

(B) Except for a criminal conviction under Rule 609   (Emphasis added),

████████████████████████████████

██████████████████████████████████

███████████████████████████████

████████████████████

(1) Witness; or

(2) another witness whose character the witness being cross examined has testified about.

Federal Rule 609

(a) The following rules apply to attacking a witnesses character for truthfulness by evidence of a criminal conviction.

(1)(a) must be admitted, subject to Rule 403, in a civil case or a criminal case which the witness is not a defendant and; (sections intentionally omitted)

███████████████████████████████████

█████████████████████████████████████

███████████

WHEREFORE, Steppig prays that the Court grant his Motion to File

Expungement Order, deny the Plaintiffs Emergency Motion for Contempt,

sanction the Plaintiffs for their actions, ███████████████████████

███████████████████████████ and grant him any and all just

and proper relief to which he may be entitled.


RESPECTFULLY SUBMITTED,


Chase Steppig
Chase.steppig@yahoo.com
1 Lile Court, Suite 103
Little Rock, AR 72205
Phone 713-429-5208
Pro Se

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2018, I sent a true and correct copy of the foregoing pleading via US Mail and email to the following:

Richard Worsham
320 Executive Court, Suite 306
Little Rock, AR 72205
richard.worsham@worshamlawfirm.com

James Rankin
P.O. Box 251618
Little Rock, AR 72225
jim@ppgmrlaw.com

_____

Chase Steppig













5



