# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| CATAR CLINIC OF HOT SPRINGS, LLC, and STOCKTON MEDICAL GROUP, LTD. | PLAINTIFFS/ COUNTER-DEFENDANTS |

v.  No. 4:17-cv-520-DPM

| | |
|---|---|
| THOMAS F. ROBINSON, M.D.; TIFFANY TERRY; ARKANSAS RECOVERY CLINIC; ARC REHABILITATION CENTER, P.A.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; ADDICTION RECOVERY CARE OF LITTLE ROCK; ARC CLINIC; and JANE DOE #1 | DEFENDANTS |
| ARC REHABILITATION CENTER, P.A.; THOMAS F. ROBINSON, M.D.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; and TIFFANY TERRY | COUNTER-PLAINTIFFS |
| CHASE STEPPIG | RESPONDENT |

## ORDER

**1.** Motion, № 111, granted. Luther Oneal Sutter is substituted as counsel of record for Tiffany Terry.

**2.** Motion, № 112, partly granted and partly denied without prejudice. Worsham is relieved as counsel of record for the individual defendants—Robinson, Terry, and Jane Doe #1. The remaining defendants, though, need new counsel before Worsham can be

relieved. Whether federal or state law applies to this issue, an entity can't be *pro se*. 28 U.S.C. § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); ARK. CODE ANN. § 16-22-211(a); *De Soto Gathering Company LLC v. Hill*, 2017 Ark. 326, 401 (2017). New counsel for the entity defendants — Arkansas Recovery Clinic; ARC Rehabilitation Center, P.A.; CSCB Rehabilitation Management Group, LLC; Addiction Recovery Care of Little Rock; and ARC Clinic — must appear as soon as practicable and no later than 23 February 2018. Worsham must remain counsel of record for the entities until another lawyer appears for them.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2018