IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.  No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

CHASE STEPPIG

RESPONDENT

## ORDER

Steppig's motion to file patient information under seal, № 148, is denied without prejudice. The Court doesn't see how the patient information would be material. None of Catar's papers about

attorney's fees contain patient information. № 140 & № 141. If need be, Steppig can identify various individuals as Patient One, Patient Two, Patient Three, and so on. The Court appreciates Steppig's caution about the patient information.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2018