# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,                          **PLAINTIFFS/**
LTD.                                         **COUNTER-DEFENDANTS**


v.                          **No. 4:17-cv-520-DPM**


THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                                **DEFENDANTS**


ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY          **COUNTER-PLAINTIFFS**


CHASE STEPPIG                                   **RESPONDENT**

## ORDER

The Court has received CSCB's motion to approve its bond
proposal, № 165. Any response or objection due by 7 May 2018.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

1 May 2018