# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| CATAR CLINIC OF HOT SPRINGS, LLC; STOCKTON MEDICAL GROUP, LTD.; and C.A.T.A.R., LTD. | PLAINTIFFS/ COUNTER-DEFENDANTS |
| v. | No. 4:17-cv-520-DPM |
| THOMAS F. ROBINSON, M.D.; TIFFANY TERRY; ARKANSAS RECOVERY CLINIC; ARC REHABILITATION CENTER, P.A.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; ADDICTION RECOVERY CARE OF LITTLE ROCK; ARC CLINIC; and JILL COGBURN | DEFENDANTS |
| ARC REHABILITATION CENTER, P.A.; THOMAS F. ROBINSON, M.D.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; and TIFFANY TERRY | COUNTER-PLAINTIFFS |
| CHASE STEPPIG | RESPONDENT |

## ORDER

Motion, № 165, partly granted and partly denied. Cash from Arkansas Rehabilitation Center, P.A., is fine. The title to Steppig's ATV, however, is not—for the many reasons outlined by the Catar plaintiffs. ARC and CSCB Rehabilitation Management Group, LLC must post security that complies with the specifics in the Court's 16 March 2018

Order, № 137 at 11–12. They must deliver the cash, cash equivalent, or third-party bond to the Clerk of Court by 5:00 p.m. on Tuesday, 15 May 2018. The Court has been patient, but we are approaching the two-month anniversary of the Court's Order requiring a bond, and it is time for compliance. The Court will not extend the deadline again.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 May 2018