IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.                    No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

CHASE STEPPIG

RESPONDENT

ORDER

CSCB Management Group, LLC's motion to approve the proposed bond, № 178, is denied. For the reasons explained by the

Catar defendants, № 179, many uncertainties would attend the Trust's acting as a surety for CSCB's obligation. The bond is therefore inadequate to ensure compliance with the protective order.

For its part, ARC Rehabilitation Center, P.A. has taken no step known to the Court to comply with its bond obligation. CSCB has said twice that it believes ARC will be posting a cash bond. No cash has been deposited with the Clerk.

The Court has provided CSCB and ARC ample time to post a bond. Neither has done so. CSCB and ARC must therefore appear before the Court and show cause why they should not be held in contempt of this Court's 16 March 2018 Order, № 137 at 10–12, and this Court's 8 May 2018 Order, № 173. These entities must appear by and through the personal appearance of two key individuals: Chase Steppig, the co-owner, co-founder, and registered agent of CSCB; and Dr. Thomas F. Robinson, the officer, incorporator, and organizer of ARC. The entities must appear before the Court at 8:30 a.m. on Wednesday, 13 June 2018 in Courtroom 1A of the Richard S. Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, 72201.

The Court directs the U.S. Marshals Service to serve a copy of this Order, the March 16th Order, № 137, and the May 8th Order, № 173, on CSCB and ARC by serving Steppig and Dr. Robinson. See the contact information in sealed Appendix A. To ensure notice, the

Marshal must serve these papers by personal service (not by mail) by 31 May 2018, and then file returns of service.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
17 May 2018