IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.        No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

CHASE STEPPIG

RESPONDENT

ORDER

The Court construes the new motion, № 182, as a request for clarification from ARC and Dr. Robinson, and grants it. As the Court said last week, cash from ARC will be fine. № 173 at 1. So there can be no misunderstanding: Yes, ARC may deposit the cash with the Clerk. ARC is obligated to post $12,500, not the whole $25,000. Though a joint

posting with CSCB is what the Court contemplated originally, № 137 *at 11*, it was clear by late April, when CSCB's ATV proposal came in, № 165, that the parties were proceeding separately on the security. OK. What's not OK is foot dragging. Calendaring error noted. We all make them. The extended deadline was May 15th, and today is May 18th.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2018