IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.
    PLAINTIFFS/
COUNTER-DEFENDANTS

v.    No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN    DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY    COUNTER-PLAINTIFFS

CHASE STEPPIG    RESPONDENT

ORDER

For the reasons stated on the record at the end of the telephone conference, the part of the Plaintiffs' emergency motion, № 189, that requests an *ex parte* temporary restraining order is denied; and the part that requests a preliminary injunction remains pending.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2018