IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,                          PLAINTIFFS/
LTD.                                          COUNTER-DEFENDANTS

v.                             No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                                        DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY       COUNTER-PLAINTIFFS

CHASE STEPPIG                                          RESPONDENT

ORDER

On 21 May 2018, the Clerk received $12,500 from Dr. Thomas F.
Robinson for ARC Rehabilitation Center's half of the bond ordered in
№ 137 at 11–12. Receipt attached. ARC Rehab must still appear at next
week's hearing.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_5 June 2018_

Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT067182
Cashier ID: fjguba
Transaction Date: 05/21/2018
Payer Name: THOMAS F ROBINSON
------------------------------------
TREASURY REGISTRY
 For: THOMAS F ROBINSON
 Case/Party: D-ARE-4-17-CV-000520-001
 Amount:      $12,500.00
------------------------------------
CHECK
 Check/Money Order Num: 112
 Amt Tendered: $12,500.00
------------------------------------
Total Due:     $12,500.00
Total Tendered: $12,500.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."