IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.   No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

CHASE STEPPIG

RESPONDENT

ORDER

The Court received a letter yesterday from Chase Steppig, № 194. Christopher Branch is welcome to attend the 13 June 2018 hearing. His presence would probably help the Court in understanding CSCB's circumstances. But the Court will not require him to attend on such short notice. The Court directs CSCB's lawyer to make certain that

Branch knows all the hearing details and that he may appear if he so chooses.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2018