IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.                 No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                           DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY          COUNTER-PLAINTIFFS

CHASE STEPPIG                                          RESPONDENT

ORDER

The Court received the attached note and cover letter from Steppig with the motion to compel, № 199.

So Ordered.

*[signature: WPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

12 June 2018

US District Clerk,

   Please file the letter & motion at your earliest and place a copy in Judge Marshall's box. As always, please feel free to give me a call with any questions.
   Thanks,
   Chase



# Chase L. Steppig
440 Louisiana Street, Suite 900
Houston, TX 77002
Phone 713-429-5208

June 6, 2018

Richard Shepard Arnold Courthouse
Honorable Judge D. P. Marshall
600 West Capitol, Room B149
Little Rock, AR 72201

RE: CASE NO: 4:17-CV-520-DPM

Your Honor:

In the June 4, 2018, hearing all parties attorneys were able to make statements regarding the Plaintiffs TRO. The parties were notified at 1:35pm CST of a 2:00pm CST telephone hearing. John Buzbee emailed me notice of the hearing on June 4, 2018, at 2:00pm CST and I did not check my emails until after the hearing was over.

From what Mr. Buzbee told me after the telephone hearing. The bulk of the discussion and a majority of the TRO revolves around me individually which, I am pro se in this matter. In an effort to reduce future involvement of the Court and avoid having yet another preliminary injunction hearing. I kindly ask the Court to allow me approximately 15 minutes after the show cause hearing to speak to the Court regarding my response to the Plaintiffs TRO and to ask for clarification on several items so, the parties can have a clear understanding and to avoid future unnecessary involvement of the Court. The Court has already made its ruling on the TRO and there is absolutely no reason for witnesses to be called. I anticipate that the Plaintiffs will use this opportunity to go on yet another fishing expedition and call witnesses. The Court has already made its ruling and hopefully, the Court will not allow the Plaintiffs to go on another fishing expedition.

The past few hearings have had a tendency to run significantly longer than anticipated. I need to be at the airport at approximately 4:30pm and would ask the Court to grant each side a specific amount of time and not allow anything over the allotted time.

Respectfully Submitted,

Chase Steppig

CC: John Buzbee (via email)
CC: James Rankin (via email)
CC: Luther Suttor (via email)
CC: Bryce Brewer (via email