AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

Catar, Ltd, et al.    v.    Thomas Robinson, MD, et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:17-cv-520-DPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D. P. Marshall Jr. | James Rankin & Micah Goodwin | Bryce Brewer, John Buzbee |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 13 June 2018 | Christa Jacimore | Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | SHOW CAUSE HEARING - WITNESS AND EXHIBIT LIST |
|  |  | 6/13/2018 |  |  | Witness 1 - Chase Steppig |
|  | 1 | 6/13/2018 |  |  | Defense/Respondent's Exhibit 1 - CSCB Rehabilitation's Regions Bank records |
| 1 |  | 6/13/2018 |  |  | Plaintiffs' Exhibit 1 - 1/10/18 Correspondence to Chase Steppig from John Buzbee |
| 2 |  | 6/13/2018 |  |  | Plaintiffs' Exhibit 2 - Correspondence to John Buzbee from Chase Steppig |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages