IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.   No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

CHASE STEPPIG

RESPONDENT

ORDER

For the reasons stated on the record at the 13 June 2018 show cause hearing, the Court made the following rulings.

- As to ARC Rehabilitation Center, P.A., the show cause Order, № 180, is discharged. ARC has complied.

- CSCB Rehabilitation Management Group, LLC, is in contempt of the Court's Order to post a bond by the extended deadline. № 137 at 11–12; № 152; & № 173. To achieve compliance, the Court imposes a fine on CSCB of $500 per calendar day for each day that CSCB's $12,500 bond obligation remains unsatisfied. The fine will start accruing tomorrow, 14 June 2018.
- The pending motion for a preliminary injunction, № 189, is denied without prejudice as moot.

The motion to compel Branch's attendance at the hearing, № 199, is denied without prejudice as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 June 2018