# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.                                                                                    PLAINTIFFS/
                                                                                        COUNTER-DEFENDANTS

v.                                   No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                                                                        DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY                                                           COUNTER-PLAINTIFFS

CHASE STEPPIG                                                                           RESPONDENT

## ORDER

The Court ordered CSCB Rehabilitation Management Group, LLC to pay a $2,000 fine by 20 July 2018. № 208. On 23 July 2018, the Clerk received a FedEx from Chase Steppig with a letter and a copy of a check from CSCB for $2,000. See attached. The Court has not received the actual check. The Court's staff received an e-mail from Steppig on

26 July 2018, asking whether the Court had received the FedEx and enclosed check. Again, the Court got the FedEx, but there was no check. CSCB must pay the fine as soon as practicable, but no later than 3 August 2018. It is now seven days late.

    So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

<u>27 July 2018</u>

# Chase L. Steppig
440 Louisiana Street, Suite 900
Houston, TX 77002
Phone 713-429-5208

May 17, 2018

Richard Shepard Arnold Courthouse
Honorable Judge D. P. Marshall
600 West Capitol, Room B149
Little Rock, AR 72201

RE: CASE NO: 4:17-CV-520-DPM

Your Honor:

    I have enclosed and attached a copy of a check in the amount of $2,000.00 for contempt fines assessed against CSCB Rehabilitation Management Group, LLC. (See Dckt. 208). As always, please feel free to call me with any questions.

                                        Respectfully Submitted,

                                        Chase Steppig

CC: John Buzbee (via email)
CC: James Rankin (via email)
CC: Luther Suttor (via email)
CC: Bryce Brewer (via email

**CSCB REHAB MANAGEMENT GROUP**
1 Lile Ct Ste 101
Little Rock, AR 72205

1070
81-10/820

7/15/18

Pay to the Order of  United States District Clerk  $ 2,000.00

two thousand &/.  Dollars

**REGIONS**  Contempt

For 4:17 CV-520-DPM  Fines

⑈082000109⑈  ⑈01070



ORIGIN ID:EIXA  (713) 236-7700  
CHASE STEPPIG  

440 LOUISIANA  
SUITE 900  
HOUSTON, TX 77002  
UNITED STATES US  

SHIP DATE: 18JUL18  
ACTWGT: 0.50 LB  
CAD: 111085568/INET3980  

BILL SENDER  

TO  US DISTRICT CLERK  
    US DISTRICT CLERK  
    600 WEST CAPITAL  
    ROOM A149  
    LITTLE ROCK AR 72201  
(501) 604-5351        REF: MEDCTR / STEPPIG  
INV  
PO                                  DEPT




FRI - 20 JUL 4:30P  
** 2DAY **

TRK# 7727 3829 2773  
0201

SA LITA            72201  
         AR-US    LIT



Extremely Urgent

◀ Insert shipping

**Extremely Urgent**

ORIGIN ID:EIXA (713) 236-7700  SHIP DATE: 18JUL18
CHASE STEPPIG                  ACTWGT: 0.50 LB
440 LOUISIANA                  CAD: 111085568/INET3980
SUITE 900
HOUSTON, TX 77002              BILL SENDER
UNITED STATES US

TO  US DISTRICT CLERK
    US DISTRICT CLERK
    600 WEST CAPITAL
    ROOM A149
    LITTLE ROCK AR 72201
(501) 604-5351                 REF: MEDCTR / STEPPIG
INV
PO:                            DEPT:

FedEx Express

TRK# 7727 3829 2773  0201

FRI - 20 JUL 4:30P
MON - 23 JUL AA      ** 2DAY **
** 2DAY **

SA LITA              72201        72201
                     AR-US   AR-US  LIT
                     LIT

FID 307738 19JUL18 HOUA 546C2/8532/0C8A