# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,                                    PLAINTIFFS/
LTD.                                                  COUNTER-DEFENDANTS

v.                              No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                                                DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY          COUNTER-PLAINTIFFS

CHASE STEPPIG                                                   RESPONDENT

## ORDER

CSCB Rehabilitation Management Group, LLC, must appear on 17 September 2018 at 1:30 p.m. in courtroom B-155 of the Richard S. Arnold United States Courthouse. CSCB must show cause why it should not be held in contempt for not paying the $2,000 fine by the extended deadline of 3 August 2018. *№ 205, 208, & 209 at 2.* Chase

Steppig and Christopher Branch must both attend the September 17th hearing as CSCB representatives. The Court would also appreciate a joint status report from all parties on discovery. Please file the report by 10 September 2018.

So Ordered.

_NPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_28 August 2018_