IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.
          PLAINTIFFS/
COUNTER-DEFENDANTS

v.     No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN     DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY     COUNTER-PLAINTIFFS

CHASE STEPPIG     RESPONDENT

## ORDER

One of Catar's lawyers has called chambers asking about the Steppig email mentioned in Order № 209. It doesn't appear to have been sent to Catar's lawyers. To complete the record, the Court attaches the email.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2018



| Chase Steppig | to: Sherri_Black | 07/26/2018 10:39 AM |

History: This message has been forwarded.

Sherri-

I sent a FedEx envelope to the Clerk last week with a letter to the Judge along with a check for the clerk. I was checking online and the letter was not filed. I called the clerk yesterday and they said that they forwarded everything to Judge Marshall's office. It looks like they forwarded everything to you guys and didn't get the check out of the envelope.

Please let me know the status or if there is anything else I need to do.

Sent from my iPhone.

Steppig & Associates, LLC.
440 Louisiana Street, Suite 900
Houston, TX 77002
Phone 713-429-5208
Fax.    832-412-2249
Chase Steppig