IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CATAR CLINIC OF HOT SPRINGS, LLC; STOCKTON MEDICAL GROUP, LTD.; and C.A.T.A.R., LTD. | PLAINTIFFS/ COUNTER-DEFENDANTS |

v.　　　　　　　　　　No. 4:17-cv-520-DPM

| | |
|---|---|
| THOMAS F. ROBINSON, M.D.; TIFFANY TERRY; ARKANSAS RECOVERY CLINIC; ARC REHABILITATION CENTER, P.A.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; ADDICTION RECOVERY CARE OF LITTLE ROCK; ARC CLINIC; and JILL COGBURN | DEFENDANTS |
| ARC REHABILITATION CENTER, P.A.; THOMAS F. ROBINSON, M.D.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; and TIFFANY TERRY | COUNTER-PLAINTIFFS |
| CHASE STEPPIG* | RESPONDENT |

ORDER

1. Yesterday the Clerk received $2,000 from CSCB Rehabilitation Management Group, LLC, for the imposed fine, № 208. Copy of the check and receipt attached. Motion to continue, № 214, granted as modified. The show cause Order, № 211, is discharged—without

---

*The Court directs the Clerk to update the docket: the Steppig issues have been resolved; he should be removed as a respondent.

prejudice to the Court considering CSCB's delayed payment of the fine in due course if CSCB fails to comply with another Court order.

2. Second joint status report on discovery disputes, № 213, noted. The Court commends counsels' in-person meetings to resolve disputes. The parties should re-double their efforts to compromise on any lingering matters. The Court sets 28 September 2018 as the deadline for filing a detailed report of any remaining discovery disputes. Counsel should plan now: the 30 November 2018 discovery deadline will not be extended; and the Amended Final Scheduling Order, № 167, in this older case will not be amended again absent truly extraordinary circumstances. What this Court said in March is even more true today — the parties' dispute needs adjudication, not delay. *№ 137 at 15.*

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2018

**CSCB REHAB MANAGEMENT GROUP**
1 Lile Ct Ste 101
Little Rock, AR 72205

1070
81-10/820

Date: 7/15/18

Pay to the Order of: United States District Clerk   $ 2,000.00
two thousand & /.   Dollars

**REGIONS**   Contempt Fines

For: 4:17 CV-520-DPM

⑆082000109⑆ ▮▮▮▮▮▮▮▮▮▮ ⑆01070

---

Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT068774
Cashier ID: fjouba
Transaction Date: 09/12/2018
Payer Name: CSCB REHAB MANAGEMENT GROUP

TREASURY REGISTRY
 For: CHASE STEPPIG
 Case/Party: D-ARE-4-17-CV-000520-001
 Amount:        $2,000.00

CHECK
 Check/Money Order Num: 1070
 Amt Tendered: $2,000.00

Total Due:      $2,000.00
Total Tendered: $2,000.00
Change Amt:        $0.00

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."