IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.   No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

ORDER

1. CSCB and its lawyer have resolved their disagreement about fees. The motion, № 226, is granted; № 222 is withdrawn.

2. Steppig's motion, № 219, for relief from the contempt order, № 188, pursuant to Federal Rule of Civil Procedure 60(b)(3) and (d)(3), is denied. No fraud on the Court occurred.

**3.** Plaintiffs' second motion for contempt and hearing request, № 224, is partly granted and partly held in abeyance. Steppig must appear at 11:00 a.m. on Wednesday, 14 November 2018, and show cause why he should not be held in contempt for not paying the attorney's fees and expenses awarded in the Court's 1 June 2018 Order. The issue is why Steppig hasn't paid, not the merits of the case or any discovery problems. This will be a one-hour hearing. It will be held in courtroom B-155 of the Richard S. Arnold United States Courthouse in Little Rock.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 October 2018