IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.                     No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                        DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY        COUNTER-PLAINTIFFS

## ORDER

The Court will hold a hearing on all the pending discovery disputes, № 236, 237, 238 & 239, at 9:00 a.m. on Friday, 19 October 2018, in courtroom B-155. The Court regrets the short notice and any resulting schedule disruptions, but a prompt hearing is required to keep this case on track. The Court also directs that, as Terry suggests, counsel meet and confer further at their convenience before the hearing. № 236. The motion to seal, № 240, is granted with directions. Redacted

exhibits—eliminating the patient information in № 239-3 at 41-65 and in № 239-4 at 123-128 and any other patient-identifying material—due by 18 October 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 October 2018