IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v. No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

ORDER

1. For the reasons stated at the 19 October 2018 hearing, the Court resolved the parties' current discovery issues as follows:

- CSCB, ARC, and Dr. Robinson must make their supplemental production of call logs, patient records, text messages, and communications (in whatever form) about launching the new clinic by 31 October 2018;

- Counsel may not contact involved patients directly. Proceed by depositions or informal interviews as described by the Court. The initial patient contact must be by letter from counsel for whichever entity is currently treating or last treated the patient. If any patient contacts counsel, the lawyer must explain the Court-ordered "interview or deposition only process" and decline to speak further with the patient. Counsel may, if asked, provide names of other lawyers who might help the patient on legal matters. The limitations will continue until this Court enters judgment; and,
- CATAR and Stockton must also supplement their discovery production in the core areas by 31 October 2018.

2. Supplemental protocol for who beyond counsel can look at patient lists due by 9 November 2018.

\* \* \*

Joint reports, № 236, 237, 238 & 239, addressed. The 30 November 2018 discovery cutoff will not be extended.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 October 2018