# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,                            PLAINTIFFS/
LTD.                                           COUNTER-DEFENDANTS


v.                           No. 4:17-cv-520-DPM


THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN                                         DEFENDANTS


ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY       COUNTER-PLAINTIFFS


## ORDER

For the reasons stated on the record at the 14 November 2018 hearing, the motion for contempt, № 224, is denied without prejudice and with directions. Steppig must pay as much as he feasibly can toward the attorney's fee award, № 188 at 4, by the end of each month;

the first payment is due no later than 30 November 2018. By the tenth*
of each month thereafter, Catar must report to the Court what amount
Steppig paid the previous month. If Steppig does not make a good faith
effort to pay toward the fee award in the coming months, the Court will
revisit the contempt issues on its own motion.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_14 November 2018_

---

* The Court modifies its bench ruling on this date.