IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CATAR CLINIC OF HOT SPRINGS, LLC; STOCKTON MEDICAL GROUP, LTD.; AND C.A.T.A.R., LTD. | PLAINTIFFS/ COUNTER-DEFENDANTS |
| V. | CASE NO. 4:17-CV-520-DPM |
| THOMAS F. ROBINSON, M.D.; TIFFANY TERRY; ARKANSAS RECOVERY CLINIC; ARC REHABILITATION CENTER, P.A.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; ADDICTION RECOVERY CARE OF LITTLE ROCK; ARC CLINIC; AND JILL COGBURN | DEFENDANTS |
| ARC REHABILITATION CENTER, P.A.; THOMAS F. ROBINSON, M.D.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; AND TIFFANY TERRY | COUNTER-PLAINTIFFS |
| CHASE STEPPIG | RESPONDENT |

### SEPARATE DEFENDANTS THOMAS F. ROBINSON, M.D. AND ARC REHABILITATION CENTER, P.A.'S RESPONSE TO PLAINTIFFS' "MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ALL DEFENDANTS"

Come Separate Defendants Thomas F. Robinson, M.D. and ARC Rehabilitation Center, P.A. ("Defendants"), by and through their attorneys, Bryce Brewer with Bryce Brewer Law Firm, and Matthew R. House with James, House, Downing & Lueken, P.A., and for their above-entitled pleading state:

1. <u>With regard to Paragraph 1 of Plaintiffs' Motion For Partial Summary Judgment,</u> Defendants admit that included in the Amended Complaint filed by Plaintiffs against all Defendants (ECF No. 138) were claims against Robinson for breach of contract and claims against

1

all Defendants for misappropriation of trade secrets on both federal and state statutory levels, and for conspiracy.

2. Defendants affirmatively state that they have filed their own Motion For Summary Judgment on the breach of contract claim, the federal and state misappropriation of trade secret claims, and the conspiracy claim, given the utter lack of proof such that there is no genuine issue of material fact and they are entitled to summary judgment as a matter of law.

3. With regard to Paragraph 2 of Plaintiffs' Motion For Partial Summary Judgment, Defendants admit that discovery regarding the aforementioned claims has concluded. Defendants strenuously deny that the information gathered during discovery proved "beyond dispute" that Defendants have committed the aforementioned acts to the Plaintiffs' detriment.

4. With regard to Paragraph 3 of Plaintiffs' Motion For Partial Summary Judgment, Defendants deny that liability has been "determined beyond question" or that "the only issue for determination" is the amount of damages due Plaintiffs for Defendants' "wrongdoing."

5. With regard to Paragraph 4 of Plaintiffs' Motion For Partial Summary Judgment, Defendants admit that Plaintiffs have filed a "Statement of Undisputed Facts" and a Brief In Support of their Motion For Partial Summary Judgment.

6. Defendants affirmatively state that the "Statement of Undisputed Facts" is strenuously disputed, and that the Brief in Support of Motion For Partial Summary Judgment is without merit. Defendants affirmatively state that Plaintiffs' Motion For Partial Summary Judgment should be denied in its entirety.

7. With regard to Paragraph 5 of Plaintiffs' Motion For Partial Summary Judgment, Defendants admit that Plaintiffs have submitted numerous exhibits along with their Motions For

2

Partial Summary Judgment against Defendants. However, none of them warrant entry of partial summary judgment against Defendants.

8.  Defendants deny all allegations contained in Plaintiffs' Motion For Partial Summary Judgment which are not expressly admitted herein.

9.  Defendants deny that Plaintiffs are entitled to the relief requested in their "WHEREFORE" clause, and affirmatively state that Plaintiffs are not entitled to any relief whatsoever.

WHEREFORE, Defendants Thomas F. Robinson, M.D. and ARC Rehabilitation Center, P.A. pray that Plaintiffs' Motion For Partial Summary Judgment against all Defendants is denied, for their attorney's fees and costs, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

/s/ Bryce Brewer
Bryce Brewer, ABN 2002013
Bryce Brewer Law Firm
2120 East Kiehl Avenue
Sherwood, AR 72120
501-978-3030 – Phone
501-978-3050 – Facsimile
bryce@brycebrewerlaw.com

Matthew R. House, ABN 99150
James, House, Downing & Lueken, P.A.
801 West Third Street
P. O. Box 3585
Little Rock, AR 72203
501-372-6555 – Telephone
501-372-6333 – Facsimile
mhouse@jamesandhouse.com


ATTORNEYS FOR THOMAS F. ROBINSON,
M.D. AND ARC REHABILITATION CENTER,
P.A.

## CERTIFICATE OF SERVICE

I, Matthew R. House, do hereby certify that a copy of the foregoing was delivered to the following, via CM/ECF, unless otherwise indicated, this 25th day of January, 2019:

James D. Rankin, III
Perkins Peiserich Greathouse Morgan Rankin
P. O. Box 251618
Little Rock, AR 72225-1618
jim@ppgmrlaw.com

Julie DeWoody Greathouse
Perkins Peiserich Greathouse Morgan Rankin
P. O. Box 251618
Little Rock, AR 72225-1618
julie@ppgmrlaw.com

Micah Goodwin
Perkins Peiserich Greathouse Morgan Rankin
P. O. Box 251618
Little Rock, AR 72225-1618
micah@ppgmrlaw.com

Luther Oneal Sutter
Sutter & Gillham, PLLC
P. O. Box 2012
Benton, AR 72018
Luthersutter.law@gmail.com

John Buzbee
Nixon & Light
10201 West Markham Street
Suite 108
Little Rock, AR 72205
john@nixonandlight.com

Chase Steppig
440 Louisiana St., #900
Houston, TX 77002
chase.steppig@yahoo.com

_/s/ Matthew R. House_
Matthew R. House