IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **CATAR CLINIC OF HOT SPRINGS, LLC, C.A.T.A.R., LTD., & STOCKTON MEDICAL GROUP, LTD.** | | **PLAINTIFFS** |
| **v.** | **CASE NO. 4:17-CV-520-DPM** | |
| **THOMAS F. ROBINSON, M.D., TIFFANY TERRY, ARKANSAS RECOVERY CLINIC, ARC REHABILITATION CENTER, P.A., CSCB REHABILITATION MANAGEMENT GROUP, LLC, ADDICTION RECOVERY CARE OF LITTLE ROCK, ARC CLINIC, & JILL COGBURN** | | **DEFENDANTS** |
| **ARC REHABILITATION CENTER, P.A., THOMAS F. ROBINSON, M.D., CSCB REHABILITATION MANAGEMENT GROUP, LLC, and TIFFANY TERRY** | | **COUNTER-PLAINTIFFS** |

## PLAINTIFFS' REPORT ON STEPPIG PAYMENT

Come now Plaintiffs CATAR Clinic of Hot Springs, LLC, C.A.T.A.R., Ltd. and Stockton Medical Group, Ltd. (collectively, "Plaintiffs"), by and through undersigned counsel, and for their Report to the Court regarding the Court-ordered payment by Chase Steppig state:

1. The Court ordered Chase Steppig to make monthly payments on the attorneys' fees awarded Plaintiffs in the Order dated June 1, 2018 (Document 188) and asked Plaintiffs to report all monthly payments as they were received or to report the lack of any monthly payment.

2. On or around January 30, 2019, undersigned counsel received a check from Chase Steppig in the amount of $325.

3. On or around February 28, 2019, undersigned counsel received a check from Chase Steppig in the amount of $325.

Respectfully Submitted,

**James D. Rankin III**  (Ark. Bar No. 93197)
jim@ppgmrlaw.com
Julie D. Greathouse (Ark. Bar No. 99159)
julie@ppgmrlaw.com
Micah L. Goodwin (Ark. Bar No. 2015213)
micah@ppgmrlaw.com
PPGMR Law, PLLC
PO BOX 251618
Little Rock, AR 72225
501-903-6000
501-603-0556 (fax)

*Attorneys for Plaintiffs*
