IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **CATAR CLINIC OF HOT SPRINGS, LLC, C.A.T.A.R., LTD. & STOCKTON MEDICAL GROUP, LTD.** | | **PLAINTIFFS** |
| v. | CASE NO. 4:17-CV-520-DPM | |
| **THOMAS F. ROBINSON, M.D., TIFFANY TERRY, ARKANSAS RECOVERY CLINIC, ARC REHABILITATION CENTER, P.A., CSCB REHABILITATION MANAGEMENT GROUP, LLC, ADDICTION RECOVERY CARE OF LITTLE ROCK, ARC CLINIC, & JILL COGBURN** | | **DEFENDANTS** |
| **ARC REHABILITATION CENTER, P.A., THOMAS F. ROBINSON, M.D., CSCB REHABILITATION MANAGEMENT GROUP, LLC, and TIFFANY TERRY** | | **COUNTER-PLAINTIFFS** |

**JOINT STATUS REPORT**

Plaintiffs, CATAR Clinic of Hot Springs, LLC, C.A.T.A.R., Ltd., and Stockton Medical Group, Ltd. (collectively, "Plaintiffs"), and Defendants Thomas F. Robinson, M.D., Tiffany Terry, Arkansas Recovery Clinic, ARC Rehabilitation Center, P.A., CSCB Rehabilitation Management Group, LLC, Addiction Recovery Care of Little Rock, ARC Clinic (collectively, "Defendants") submit this Joint Status Report pursuant to this Court's recent Order (ECF No. 340). Defendant Jill Cogburn has not appeared in this case and does not join in this joint report.

Plaintiffs have finalized settlement with Defendants Thomas F. Robinson, M.D., ARC Rehabilitation Center, P.A., and CSCB Rehabilitation Management Group, LLC, (which are either individually or collectively doing business as Arkansas Recovery Clinic, Addiction Recovery Care

1

of Little Rock, and ARC Clinic). There are certain progressive steps to settlement and the parties are currently working through the first step. If these preliminary steps occur as envisioned, the Court should anticipate receiving a joint motion from these parties concerning the bond amount currently being held. This settlement does not impact the Court's award on attorney fees for contempt (Dckt. No. 188), although the parties may attempt to settle that fee award.

Plaintiffs have reached an agreement in principle to settle with Defendant Tiffany Terry. Counsel will be working through those details but anticipate it may take some time due to a demanding schedule for the attorneys in other matters.

Respectfully Submitted,

**James D. Rankin III** (Ark. Bar No. 93197)
jim@ppgmrlaw.com
Julie D. Greathouse (Ark. Bar No. 99159)
julie@ppgmrlaw.com
Micah L. Goodwin (Ark. Bar No. 2015213)
micah@ppgmrlaw.com
PPGMR Law, PLLC
PO BOX 251618
Little Rock, AR 72225

*Attorneys for Plaintiffs*

**Bryce Brewer** (Ark. Bar No. 2002013)
bryce@brycebrewerlaw.com
BRYCE BREWER LAW FIRM, LLC
2120 East Kiehl Ave.
Sherwood, AR 72120

Matthew R. House (Ark. Bar No. 99150)
mhouse@jamesandhouse.com
JAMES, HOUSE, DOWNING & LEUKEN, P.A.
PO Box 3585
Little Rock, AR  72203

*Attorneys for Defendant*
*Thomas F. Robinson, M.D.*
*Arc Rehabilitation Center, P.A.*

**John B. Buzbee** (Ark. Bar No. 08045)
john@nixonandlight.com
NIXON, LIGHT & BUZBEE, PLLC
10201 W. Markham, Ste. 108
Little Rock, AR 72205

*Attorney for Defendant CSCB*
*Rehabilitation Management Group, LLC*