IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CATAR CLINIC OF HOT SPRINGS, LLC; STOCKTON MEDICAL GROUP, LTD.; and C.A.T.A.R., LTD. | PLAINTIFFS/ COUNTER-DEFENDANTS |

v. No. 4:17-cv-520-DPM

| | |
|---|---|
| THOMAS F. ROBINSON, M.D.; TIFFANY TERRY; ARKANSAS RECOVERY CLINIC; ARC REHABILITATION CENTER, P.A.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; ADDICTION RECOVERY CARE OF LITTLE ROCK; ARC CLINIC; and JILL COGBURN | DEFENDANTS |
| ARC REHABILITATION CENTER, P.A.; THOMAS F. ROBINSON, M.D.; CSCB REHABILITATION MANAGEMENT GROUP, LLC; and TIFFANY TERRY | COUNTER-PLAINTIFFS |

ORDER

1. Joint motion, № 343, granted. There is $25,000 in the registry, which several of the defendants deposited at the Court's Order as a bond. The parties have settled. And part of the deal is for the bond funds to be paid to plaintiff C.A.T.A.R. The Court therefore directs the Clerk to disburse the $25,000 to C.A.T.A.R., Ltd., care of PPGMR Law, LLC, the entity's counsel of record.

2. The Court is considering entering judgment along the following lines:

- Dismiss all claims against Jill Cogburn without prejudice based on service issues;
- Dismiss all other claims against all other parties with prejudice based on the settlements; and
- Retain jurisdiction until 31 July 2020 to enforce the settlements and the fee award.

If any party has any objection to the proposed terms of judgment, or sees any additional ground that needs covering in it, please file a notice by 21 June 2019. The Court will take silence as acquiescence.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2019