IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATAR CLINIC OF HOT SPRINGS,
LLC; STOCKTON MEDICAL
GROUP, LTD.; and C.A.T.A.R.,
LTD.

PLAINTIFFS/
COUNTER-DEFENDANTS

v.   No. 4:17-cv-520-DPM

THOMAS F. ROBINSON, M.D.; TIFFANY
TERRY; ARKANSAS RECOVERY CLINIC;
ARC REHABILITATION CENTER, P.A.;
CSCB REHABILITATION MANAGEMENT
GROUP, LLC; ADDICTION RECOVERY
CARE OF LITTLE ROCK; ARC CLINIC;
and JILL COGBURN

DEFENDANTS

ARC REHABILITATION CENTER, P.A.;
THOMAS F. ROBINSON, M.D.; CSCB
REHABILITATION MANAGEMENT
GROUP, LLC; and TIFFANY TERRY

COUNTER-PLAINTIFFS

ORDER

1. Plaintiffs' motion to reduce the fee award against Steppig to Judgment, № 348, is denied. The Court specifically allowed him to make regular monthly payments, which he has done faithfully. The Court declines to add an interest obligation or convert the balance owed into another form. Steppig must continue to make payment a priority. The Court directs him to resume monthly payments of at least $325.

The Court waives any further report from plaintiffs about payment. And the Court will retain jurisdiction over the debt until Steppig pays it full. The Court will enter a conforming Amended Judgment.

2. Steppig's motion for contempt and a hearing, № 352, is denied. While the fee award was part of the context for the restaurant encounter, the Court declines to be drawn into this primarily personal dispute. The Court therefore quashes the subpoenas to Petit and Keet, LLC, Mr. James Rankin, Google, Inc., Catar Clinic of Hot Springs, LLC, and Stockton Medical Group, Ltd.

3. Steppig's motion to seal records, № 353, is denied without prejudice. Steppig is free to renew his motion with a specific list of documents. The Court alerts Stepping that he must make a document-by-document showing, which explains why each document should be sealed and why redaction is impracticable. FED. R. CIV. P. 5.2.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2019