IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **CATAR CLINIC OF HOT SPRINGS, LLC, C.A.T.A.R., LTD. & STOCKTON MEDICAL GROUP, LTD.** | **PLAINTIFFS** |
| v. | CASE NO. 4:17-CV-520-DPM |
| **THOMAS F. ROBINSON, M.D., TIFFANY TERRY, ARKANSAS RECOVERY CLINIC, ARC REHABILITATION CENTER, P.A., CSCB REHABILITATION MANAGEMENT GROUP, LLC, ADDICTION RECOVERY CARE OF LITTLE ROCK, ARC CLINIC, & JILL COGBURN** | **DEFENDANTS** |
| **ARC REHABILITATION CENTER, P.A., THOMAS F. ROBINSON, M.D., CSCB REHABILITATION MANAGEMENT GROUP, LLC, and TIFFANY TERRY** | **COUNTER-PLAINTIFFS** |

**NOTICE OF SATISFACTION**

Plaintiffs CATAR Clinic of Hot Springs, LLC, C.A.T.A.R., Ltd., and Stockton Medical Group, Ltd. (collectively, "Plaintiffs"), submit this Notice of Satisfaction on the Order from this Court awarding attorneys' fees to Plaintiffs, and state:

1. On June 1, 2018, this Court entered its Order directing Chase Steppig to pay $19,595 in attorneys' fees to Plaintiffs for Steppig's contempt of court. *See* Order (Dckt. No. 188).

2. Plaintiffs hereby give notice that, in as far as the Plaintiffs have any right to any past due or future amount due on the fee award, Steppig has satisfied any and all obligation to pay pursuant to the Order (Dckt. No. 188).

WHEREFORE, Plaintiffs hereby give notice of satisfaction of this Court's award of attorney's fees against Chase Steppig.

Respectfully Submitted,

  **/s/** James D. Rankin III
**James D. Rankin III**  (Ark. Bar No. 93197)
jim@ppgmrlaw.com
PPGMR Law, PLLC
PO BOX 3446
Little Rock, AR 72203
501-903-6000
501-603-0556 (fax)

*Attorneys for Plaintiffs*